RECEIVED
OCT - 6 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CARL WAYNE STEWART, Plaintiff | CIVIL ACTION NO. 1:16-CV-00847 |
| VERSUS | CHIEF JUDGE DRELL |
| UNITED STATES OF AMERICA, Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's Motions to Remand (Docs. 5, 17) are DENIED.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss (Doc. 13) is GRANTED and that Plaintiff's claims against Defendant are DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this _5_ day of October, 2016.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT